UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COLLIER/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:14-CR-45 |
| | ) | |
| YERBEL A. CABALLERO-MEJIA | ) | |

# **O R D E R**

On June 16, 2014, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to the lesser included offense in Count Two of the Indictment, Aiding and Abetting in the Possession with Intent to Distribute Methamphetamine, a Schedule II controlled substance, in violation of 21 USC §§ 841(a)(1) and (b)(1)(C) and 18 USC § 2, in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in the lesser included offense in Count Two of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant shall remain on bond pending sentencing in this matter (Court File No. 58). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count Two of the Indictment, Aiding and Abetting in the Possession with Intent to Distribute Methamphetamine, a Schedule II controlled substance, in violation of 21 USC §§ 841(a)(1) and (b)(1)(C) and 18 USC § 2, in exchange for the undertakings made by the government in the written plea agreement, is

**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of a lesser included offense in Count Two of the Indictment, Aiding and Abetting in the Possession with Intent to Distribute Methamphetamine, a Schedule II controlled substance, in violation of 21 USC §§ 841(a)(1) and (b)(1)(C) and 18 USC § 2, a lesser included offense in Count Two of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Thursday, September 25, 2014, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**